UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

          -against-

AHMED WALKER

                                  Defendant(s).
-------------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

-CR-     ( )( )

Defendant _____AHMED WALKER_____ hereby voluntarily consents to participate in the following proceeding via _X_ videoconferencing or _X_ teleconferencing:

_X_    Initial Appearance Before a Judicial Officer

_X_    Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___    Bail/Detention Hearing

___    Conference Before a Judicial Officer


/s/ Ahmed Walker by JCM with permission
_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

    AHMED WALKER
_____
Print Defendant's Name

_____
Defendant's Counsel's Signature

    CESAR DE CASTRO
_____
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

   12-1-2020
_____
Date

_____
U.S. District Judge/U.S. Magistrate Judge

(Judith C. McCarthy)