UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

AHMED WALKER

Defendant.
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20 -CR- 626 (PMH)

Defendant _____Ahmed Walker_____ hereby voluntarily consents to participate in the following proceeding via _X_ videoconferencing or _X_ teleconferencing:

___   Initial Appearance Before a Judicial Officer

___   Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

_X_   Bail/Detention Hearing

___   Conference Before a Judicial Officer


/s/ Ahmed Walker by JCM with permission
_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_____Ahmed Walker_____
Print Defendant's Name

_____[signature]_____
Defendant's Counsel's Signature

_____Cesar de Castro_____
Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

____3-2-2021_____
Date

_____Judith C. McCarthy_____
U.S. District Judge/U.S. Magistrate Judge