**George Robert**
**Attorney At**
**152 West 57ᵗʰ**
**8ᵗʰ Floor**
**New York, NY**

> Application denied. First, Mr. Walker has already joined in a motion to suppress, which is before the Court. (Doc. 389). Second, counsel has failed to show "good cause" for permission to file a second and separate motion to suppress. *See United States v. Atuana*, 816 F. App'x. 592, 596-97 (2d Cir. 2020); *United States v. Robinson*, 357 F. Supp. 3d 221, 223-24 (E.D.N.Y. Mar. 1, 2019); *United States v. Reid*, No. 12-CR-00200, 2014 WL 1338811, at *3 (W.D.N.Y. Mar. 28, 2014).
>
> The Clerk of Court is respectfully directed to terminate the motion sequence pending at Doc. 442.
>
> SO ORDERED.
>
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>         July 18, 2022

**Ying Stafford**
**Associate Counsel**

July 12

Hon. Philip M. Halperin
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601
Via ECF

***United States v. Ahmed Walker,*** 20 Cr. 626 (PMH)

Dear Judge Halperin:

Please accept this letter, on notice to the government,  as an application for an order extending successor counsel's time to file supplemental motions for a period of ninety days.

I was appointed to represent Mr. Walker on July 1, 2020.  I have received the voluminous discovery, met with Mr. Walker twice and reviewed the motions previously filed by codefendant's attorney and joined by Mr. Walker's first assigned lawyer. Mr. Walker has requested that I file motions to suppress the fruits of wiretaps and to preclude evidence on various grounds.  His suggestions do not appear frivolous and I must review several hundred pages of line sheets on two interceptions and to evaluate Mr. Walker's suggestions and decide whether to file the motions. I consent to the exclusion of speedy trial time in connection with this application.

If this application, may I impose upon Your Honor to "so order" this letter and publish via ECF. Thank you for your consideration. I remain

Respectfully,
*s/GRGoltzer*
George R. Goltzer

cc: All parties via ECF