UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA

v.

**Ahmed Walker,**
          Defendant.

-----------------------------------------------------------x

**SCHEDULING ORDER**

7:20-cr-00626-7 (PMH)

The Court has scheduled a Change of Plea Hearing on January 25, 2023 at 9:30 a.m. in Courtroom 520 at the White Plains Courthouse.

Per the SDNY COVID-19 Courthouse Entry Program, anyone who appears at any SDNY courthouse must complete a questionnaire. Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry. Please contact Chambers if you do not meet the requirements.

Dated: December 6, 2022

SO ORDERED:

_____
Philip M. Halpern, U.S.D.J