**George Robert Goltzer**
**Attorney At Law**
**152 West 57th Street**
**8th Floor**
**New York, NY 10019**

**Ying Stafford**                                                                        Tel (212) 608-1260
**Associate Counsel**                                          Fax (1646) 430-8944
                                                                          Cell (917) 331-8887
                                                                        ying@staffordesq.com

February 17, 2023

> Application granted. The sealed application may be e-mailed to Chambers at HalpernNYSDChambers@nysd.uscourts.gov.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>               February 17, 2023

Honorable Phillip M. Halprin
Hon. Charles L. Brieant Jr.
Federal Building and Courthouse
300 Quarropas Street, Room 530
White Plains, New York 10601
(914) 390-4160

                           Re:      United States v. Ahmed Walker.
                                                 Criminal Docket 20-626 (PMH)

Dear Judge Halprin:

This letter motion is to respectfully request that I file a document under seal, on behalf of Mr. Ahmed Walker. The document is an application for resources pursuant to the Criminal Justice Act 18 U.S.C. § 3006(A). Since this application relates to matters concerning the defense of Mr. Walker, I respectfully request that I be permitted to place the document under seal.

                                           Respectfully submitted,

                                                     /S/

                                         George Golzter, Esq.