**George Robert Goltzer**
**Attorney At Law**
**152 West 57th Street**

**Ying Stafford**
**Associate Counsel**

> A change of counsel hearing in this matter is scheduled for June 27, 2023 at 9:30 a.m. in Courtroom 520 for the Court to consider substituting counsel. It is the responsibility of the Government to have the Defendant produced to Courtroom 520 of the White Plains courthouse at that time. The Clerk of Court is respectfully requested to terminate the pending letter-motion (Doc. 657).
>
> SO ORDERED.
>
> /s/ Philip M. Halpern
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> June 20, 2023

Hon. Philip M. Halperin
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Via ECF

*United States v. Ahmed Walker,* **20 Cr. 626 (PMH)**

Dear Judge Halperin:

    This letter is respectfully submitted in compliance with Your Honor's order that counsel respond to defendant's recent letter. ECF doc 654. Walker's broad based attack on me has disqualified my office from continuing to representing him with in the parameters of *United States v. Fulton,* 5 F3d. 605 (2d Cir. 1993). His request for a new lawyer must be granted and I request that Ms. Stafford and I be relieved.

    I categorically deny that my associate and I provided ineffective representation. I further deny his allegation that I lied to him, did not provide adequate information about his discovery, which had earlier been given to attorney deCastro, and again explained to him by me. I absolutely deny somehow depriving him of constitutional rights by inducing him to enter a plea that was less than a knowing and intelligent waiver of his right to trial. My associate and I would deny portions of his factual narrative if called by the government at a hearing.

Respectfully.
*s/GRGoltzer*
George R. Goltzer

cc: All parties via ECF