

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

> Application granted. The time for the Government to file its sentencing submission is adjourned *sine die* until further order of the Court. The Clerk of Court is respectfully requested to terminate the pending letter-motion (Doc. 661).
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>          June 21, 2023

**BY ECF**

The Honorable Philip M. Halpern
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

  Re: *United States v. Ahmed Walker*, S6 20 Cr. 626 (PMH)

Dear Judge Halpern:

  The Government writes respectfully in response to the Court's June 12 Order. The Court asked both the Government and current defense counsel (George Goltzer) to write in response to the defendant's letter to Chambers, dated May 29, 2023, and docketed at Dkt. No. 654. On June 20, 2023, the Court ordered that a change of counsel hearing be held on June 27, 2023. In light of this development, as well as the many allegations the defendant lays out against current counsel, the Government respectfully requests that its deadline for submission for sentencing in this case be postponed until the change of counsel hearing is held and new counsel is potentially appointed and has had a chance to confer with the defendant. New counsel, if appointed, could also discuss with the defendant his *pro se* application to withdraw his plea. While the Government believes that any motion to withdraw the defendant's plea is meritless on both the facts and the law in this case, the Government is prepared to respond to the defendant's allegations should the Court order a full response to the defendant's *pro se* application.

            Respectfully submitted,

            DAMIAN WILLIAMS
            United States Attorney for the
            Southern District of New York

        By: /s/_____
            Shiva H. Logarajah
            David R. Felton
            Courtney Heavey
            Assistant United States Attorneys
            Tel: 212-637-2272 / -2299 / -2413

cc:  George Goltzer, Esq. (via ECF)