UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA        :
                                :
v.                              :       **RE-SCHEDULING ORDER**
                                :
AHMED WALKER,                   :       7-20-cr-00626-PMH
                                :
            Defendant.          :
-----------------------------------------------------------x

Due to an opening in the Court's calendar, the Sentencing hearing scheduled for September 3, 2024 is advanced to July 18, 2024 at 2:30 p.m. in Courtroom 520 at the White Plains Courthouse.

It is the responsibility of the Government to have the Defendant produced to Courtroom 520 of the White Plains Courthouse at that time.

**SO ORDERED:**

Dated: White Plains, New York
       June 4, 2024

_____
Philip M. Halpern
United States District Judge