UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

UNITED STATES OF AMERICA

v.

AHMED WALKER,

                Defendant.
-----------------------------------------------------------x

**RE-SCHEDULING ORDER**

7-20-cr-00626-PMH

The Sentencing hearing scheduled for July 18, 2024 at 2:30 p.m. in Courtroom 520 at the White Plains Courthouse is advanced to 1:00 p.m.

It is the responsibility of the Government to have the Defendant produced to Courtroom 520 of the White Plains Courthouse at that time.

**SO ORDERED:**

Dated: White Plains, New York
       July 10, 2024

_____
Philip M. Halpern
United States District Judge